IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANACHY KING, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 24-cv-2696 |
| | : | |
| CARRABBA'S ITALIAN GRILL, LLC, | : | |
|     Defendant. | : | |

## ORDER

AND NOW on this 12th day of November 2025, upon consideration of Defendant's Motion for Summary Judgment (Doc. 25) and Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. 26), it is hereby **ORDERED**:

1. Defendant's Motion for Summary Judgment (Doc. 25) is **GRANTED**; and

2. **JUDGMENT** is entered in favor of the Defendant on all claims; and

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge